---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an
amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or  passport). <br><br> Bring your picture identification to your meeting with the trustee. | **William** <br> First name <br><br> **Madison** <br> Middle name <br><br> **Swayne, II** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5928 | |

Debtor 1   **William Madison Swayne, II**                                                          Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

□ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**16530 Larch Way #P2**
**Lynnwood, WA 98037**
Number, Street, City, State & ZIP Code

**Snohomish**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**809 Fairview Place North**
**Suite 130**
**Seattle, WA 98109**
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

□ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1 **William Madison Swayne, II**      Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **William Madison Swayne, II**                                    Case number *(if known)* _____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

---

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   __William Madison Swayne, II__                                    Case number *(if known)* _____

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

  ■ No. Go to line 16b.

  ☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

  ☐ No. Go to line 16c.

  ■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

  _____

---

**17.** **Are you filing under Chapter 7?**

  ☐ No.   I am not filing under Chapter 7. Go to line 18.

  **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

  ■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

  ■ No

  ☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

  ☐ 1-49
  ☐ 50-99
  ■ 100-199
  ☐ 200-999

  ☐ 1,000-5,000
  ☐ 5001-10,000
  ☐ 10,001-25,000

  ☐ 25,001-50,000
  ☐ 50,001-100,000
  ☐ More than100,000

---

**19.** **How much do you estimate your assets to be worth?**

  ■ $0 - $50,000
  ☐ $50,001 - $100,000
  ☐ $100,001 - $500,000
  ☐ $500,001 - $1 million

  ☐ $1,000,001 - $10 million
  ☐ $10,000,001 - $50 million
  ☐ $50,000,001 - $100 million
  ☐ $100,000,001 - $500 million

  ☐ $500,000,001 - $1 billion
  ☐ $1,000,000,001 - $10 billion
  ☐ $10,000,000,001 - $50 billion
  ☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

  ☐ $0 - $50,000
  ☐ $50,001 - $100,000
  ☐ $100,001 - $500,000
  ☐ $500,001 - $1 million

  ■ $1,000,001 - $10 million
  ☐ $10,000,001 - $50 million
  ☐ $50,000,001 - $100 million
  ☐ $100,000,001 - $500 million

  ☐ $500,000,001 - $1 billion
  ☐ $1,000,000,001 - $10 billion
  ☐ $10,000,000,001 - $50 billion
  ☐ More than $50 billion

---

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ William Madison Swayne, II**

| **William Madison Swayne, II** | Signature of Debtor 2 |
|---|---|
| Signature of Debtor 1 | |

| Executed on   __December 26, 2017__ | Executed on   _____ |
|---|---|
| MM / DD / YYYY | MM / DD / YYYY |

---

Case 17-15531-MLB    Doc 1    Filed 12/26/17    Ent. 12/26/17 14:18:47    Pg. 6 of 21

Debtor 1    **William Madison Swayne, II** _____      Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Michael M. Feinberg** _____    Date    **December 26, 2017**
Signature of Attorney for Debtor                                       MM / DD / YYYY

**Michael M. Feinberg 11811**
Printed name

**Karr Tuttle Campbell**
Firm name

**701 Fifth Avenue**
**Suite 3300**
**Seattle, WA 98104**
Number, Street, City, State & ZIP Code

Contact phone _____      Email address _____

**11811**
Bar number & State

---

AMIR H. HEMMAT ET AL
C/O CATANZARITE LAW CORPORATIO
2331 WEST LINCOLN AVENUE
ANAHEIM, CA 92801


APTAKER, STANLEY
PO BOX 10546
BEVERLY HILLS, CA 90213-3546


BALES FLP
1783 CANEBROOK GLEN
YORK, SC 29745-7688


BALES, JAY
211 DANDY PASS RD
CLE ELUM, WA 98922


BALES, ROBIN
1783 CANEBROOK GLEN
YORK, SC 29745-7688


BARRETT, JUSTIN AND KATHY
12 CURVE STREET
WALTHAM, MA 02451


BATTS, JOHN
4950 132ND AVE NE
BELLEVUE, WA 98005


BATTS, KATHERINE
21815 SR9 SE
WOODINVILLE, WA 98072


BATTS, RICHARD
12505 198TH ST SE
SNOHOMISH, WA 98296


BATTS, WILLIAM
4007 SHELBY ROAD
LYNNWOOD, WA 98037


BAUMUELLER, EDWARD AND BARBARA
7298 NE WILLIAM ROGER ROAD
INDIANOLA, WA 98342

```
BEACH, DONALD & CAROLYN
16352 TUKWILA RD
POULSBO, WA 98370


BECU
P. O. BOX 97050
SEATTLE, WA 98124


BERG, PAUL AND LENORA
1326 S PETTERSON RD NE
KEYPORT, WA 98345


BERMAN, ELIZABETH
510 57TH ST
PORT TOWNSEND, WA 98368


BINTASAN, SUNIDA
16115 S WASHINGTON ST
SEATTLE, WA 98144


BIRCHMAN, JOEL AND HEATHER
8201 EAGLE RIDGE LANE SE
OLYMPIA, WA 98513


BOZARTH, DRAKE
1201 24TH AVE COURT, APT C
MILTON, WA 98354


BRASHEN, RICHARD AND JANET
102 131ST AVE NE
BELLEVUE, WA 98005


BRAWFORD, HUGH
8100 COMOX RD
BLAINE, WA 98230


BYSTROM, KEITH AND DEBRA
3801 59TH AVE SW
SEATTLE, WA 98116-3511


CARLSON, LARRY
1157 8TH AVE SOUTH
EDMONDS, WA 98020
```

CAYCE, ROGER
3428 BEACH DR SW
SEATTLE, WA 98116


CHAN, CHI CHUAN
10060 SE 16TH ST
BELLEVUE, WA 98004


CHRYSALIS INVESTMENTS, LLC
8569 GRAND AVE NE
BAINBRIDGE ISLAND, WA 98110


COLBECK, JAMES AND SUE
6534 48TH AVE NE
SEATTLE, WA 98115


CUPL, DOREEN
41 BROADMOOR CT
SAN RAMON, CA 94583


CURTIS, ALLEN AND MARGE
21811 HWY 9
WOODINVILLE, WA 98072


FINCH, GARY AND SANDRA
4709 COUNTY RD E
ORLAND, CA 95963


FINRA
RE: 13-01600
2 MORRISSEY BLVD.
BOSTON, MA 02125


FLORESCA, JOSE AND CINDY
1436 19TH AVE
SEATTLE, WA 98122


GARBER, DAVID
5015 139TH PL SE,
BELLEVUE, WA 98006


GERTZ, SUSAN
229 36TH AVE E
SEATTLE, WA 98112

```
GIERLANSKI, NORMAN
321 3RD ST #203
KIRKLAND, WA 98033


GILBERT, PETER AND KENLYNN
14461 NE 12TH PL
BELLEVUE, WA 98007


GIRMUS, GERALD AND MILLIE
2128 NW 199TH
SEATTLE, WA 98177


GLOVER, DENNY
PO BOX 726
MOSES LAKE, WA 98837


GOULD, CHUCK AND JAN
2427 11TH AVE W
SEATTLE, WA 98119


GREER, JAMES
14718 EDGEWATER LANE NE
SEATTLE, WA 98155


HAGEMAN, BRADFORD
5817 192ND ST SE
SNOHOMISH, WA 98296


HANSEN, MELVIN AND BERTELLA
2516 NORWAY RD
FERNDALE, WA 98248


HARDY, DONALD
5511 168TH ST SW
LYNNWOOD, WA 98037-3020


HARTLEY, PATRICK
229 36TH AVE E
SEATTLE, WA 98112


HARVEY, RAYMOND
4924 116TH PL SE
BELLEVUE, WA 98006
```

```
HAWK, CHARLIE AND ROSEMARY
4460 ROCKAWAY BEACH RD NE
BAINBRIDGE ISLAND, WA 98110


HEMMAT, HARRY AND SELMA
7030 78TH AVE SE
MERCER ISLAND, WA 98040


HEMMAT, NAHID
9 VALLEY WAY
MENDHAM, NJ 07945


HENDERSON, CHUCK
7620 CHICO WAY NW
BREMERTON, WA 98312


HILDEBRANDT, JACK
2260 EAST LOUISA STREET
SEATTLE, WA 98112


HIRATA, CLYDE
18822 MT CIMARRON ST.
FOUNTAIN VALLEY, CA 92708


HOLMES, JOE
508 HILLSIDE DR E
SEATTLE, WA 98112


HORNIBROOK, JOHN AND REIKO
1919 122ND AVE SE
BELLEVUE, WA 98005-4625


HUDSON, JACK AND MICHELLE
1986 PORTSMOUTH DR
EL DORADO HILLS, CA 95762


HUNTSINGER, VIRGIL AND CHARLOT
2925 MAYFAIR NORTH
SEATTLE, WA 98109


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA, PA 19101-7346
```

```
INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY/INSOLVENCY
915 SECOND AVENUE, M/S W244
SEATTLE, WA 98174


JOHNSON, TODD AND DIANA
305 FIELDSTONE DR
BOZEMAN, MT 59715


JUNG, KYLE
1029 CANDLEWICKE COURT
GLENDORA, CA 91740


JUNG, LARRY
1029 CANDLEWICKE COURT
GLENDORA, CA 91740


KAISER, CAROL
10037 WALLINGFORD AVE N
SEATTLE, WA 98133


KAYLOR, SUSIE
2612 W. VIEWMONT WAY W,
SEATTLE, WA 98199


KELLER, EARL AND RUTH
24604 8TH AVE S
SEATTLE, WA 98198


KELLY, NAOMI
10065 WALLINGOFRD AVE N
SEATTLE, WA 98133


KING, ELIZABETH
23423 BRIER ROAD
LYNNWOOD, WA 98036


KING, KAREN
508 HILLSIDE DR E
SEATTLE, WA 98112


KING-SMITH, LUCIGUELA
620 EAST WASHINGTON AVE
BURLINGTON, WA 98233
```

```
KOCH, DAN
423 NORTH G STREET
TACOMA, WA 98403


KOSUGI, BECKY
2949 81ST AVE SE
MERCER ISLAND, WA 98040


LAIGO LIVING TRUST
3938 WHITMAN AVE N
SEATTLE, WA 98103


LALL, CHANDER
4710 SOMERSET AVE SE
BELLEVUE, WA 98006


LAMPKIN, SHIRLEY
2260 EAST LOUISA STREET
SEATTLE, WA 98112


LAMPKIN, STEVE
1029 S HAMLIN AVE
PARK RIDGE, IL 60068


LANE, ARTHUR AND ELEANOR
3501 W HOWE STREET
SEATTLE, WA 98199


LATIMER AND ASSOCIATES
1206 FIFITH ST
MANHATTAN BEACH, CA 90266


LATIMER, ROSS
1206 FIFITH ST.
MANHATTAN BEACH, CA 90266


LAU, HELEN
4613 NE 18TH ST
RENTON, WA 98059


LEA, ISABEL
3938 WHITMAN AVE N
SEATTLE, WA 98103
```

```
LEWIS, BOB AND SHIRLEY
1401 TACOMA POINT DR E
SUMNER, WA 98390


LINDAHL, ERIC AND MARILYN
9562 LAKESHORE BLVD NE
SEATTLE, WA 98115


LOWE, JOHN AND DONNA
11510 QUAIL LANE
EDMONDS, WA 98020


M. HEINEMANN & C. PHISUTHIKUL
C/O KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1
ONE UNION SQUARE
SEATTLE, WA 98101


MAR CHINN, GLADYS
5128 55TH AVE S,
SEATTLE, WA 98118


MAR FAMILY LLC
5128 55TH AVE S
SEATTLE, WA 98118


MARR, DOUG AND JOAN
1625 VAN WYCK RD
BELLINGHAM, WA 98226


MASON, DIANE
9721 11TH AVE NW
SEATTLE, WA 98177


MATHERS, WILLIAM AND DIANE
2924 W EATON ST
SEATTLE, WA 98199


MCCOMBS, REY
2130 S HARMONY CIRCLE
SAINT GEORGE, UT 84790-8314


MCGRATH, TOM
1633 SHANADIAH DR E
SEATTLE, WA 98112
```

```
MCMICHAEL, RICK
13840 18TH AVE SW
SEATTLE, WA 98166-1049


MERCER, JUDITH
5015 139TH PL SE
BELLEVUE, WA 98006


METCALF, TED
3938 WHITMAN AVE N
SEATTLE, WA 98103


METCALF, TERESA
3938 WHITMAN AVE N
SEATTLE, WA 98103


MEYERS, WAYNE
850 NORTHSTREAM LANE
EDMONDS, WA 98020


MEZISTRANO, LEO AND SYLVIA
7409 SE 71ST
MERCER ISLAND, WA 98040


MORAN, JOHN
22784 6TH ST
HAYWARD, CA 94541


MR. COOPER
P. O. BOX 650783
DALLAS, TX 75265


MULLER, PETER
708 NW 121ST CIRCLE
VANCOUVER, WA 98685-3800


MUNKERS, JAMES
164 BROKEN PUTTER WAY
LAS VEGAS, NV 89148


NG, LIONEL
10060 SE 16TH ST
BELLEVUE, WA 98004
```

```
NOREEN, KEN AND PEARL
2628 NW 205TH ST
SEATTLE, WA 98177


OTT, KEN AND KAREN
23905 139TH PL SE
KENT, WA 98042


PARSONS, DEAN
1512 SKYLINE DR
WENATCHEE, WA 98801


PENWELL, DAVID
6055 MONFORTON SCHOOL ROAD
BOZEMAN, MT 59718


POLLOM, BRIAN
2025 218TH PL NE
SAMMAMISH, WA 98074


POLLOM, DARCY
13610 SE 5TH ST
BELLEVUE, WA 98005


POLSKY, GLORIA
122 STATE STREET
KIRKLAND, WA 98033


PRESSEY, CHRIS
PO BOX 40173
BELLEVUE, WA 98015


QUARNSTROM, FRED
5767 S OAKLAWN PL
SEATTLE, WA 98118


RAMEY, DEBRA
8820 EARL AVE NW
SEATTLE, WA 98117-3844


RANDALL, LLOYD
3380 NW SOUTH RD
PORTLAND, OR 97229
```

```
RICE, HERMAN
8531 W 129TH ST
MINNEAPOLIS, MN 55426


RICHARDS, JAMES
5511 168TH ST SW
LYNNWOOD, WA 98037-3020


ROBB, PAUL AND LAURA
26905 HAKE RD SW
VASHON, WA 98070


ROBERTS, JAMES AND PATRICIA
14777 NE 40TH ST, SUITE 101
BELLEVUE, WA 98007


ROBERTS, JERRY AND NANCY
14777 NE 40TH ST, SUITE 101
BELLEVUE, WA 98007


ROBINSON, RANDALL AND JEANNE
10421 SW BANK RD #11
VASHON, WA 98070


RUBENACK, DON AND JANET
5913 NOON RD
BELLINGHAM, WA 98226


RUST, JOHN
290 CIRCLE DRIVE
SANTA FE, NM 87501


SCHEIDT, THOMAS
5400 N VIRGINIA AVE
CHICAGO, IL 60625


SCHUELER, RAY AND JANEEN
17331 NE 18TH PL
BELLEVUE, WA 98008


SEBITS, GEORGE
1009 ROBLE LANE
SANTA BARBARA, CA 93103
```

```
SEGALL, JOAN
1914 N 80TH ST
SEATTLE, WA 98103


SETTERBERG, RICHARD AND ARDEN
16738 27TH AVE SW
SEATTLE, WA 98166


SHAUN TRAN AND DING LIEU
1426 243RD PL SW
BOTHELL, WA 98021


SHIPPEN, MATTHEW AND ELANA
18101 SUNSET WAY
EDMONDS, WA 98026


SILVEANU, RADU
418 W OAKDALE
CHICAGO, IL 60657


SMITH, LELAND AND GRACE
1208 2ND ST
KIRKLAND, WA 98033


SNOHMISH COUNTY TREASURER
ATTN: BANKRUPTCY OFFICER
3000 ROCKEFELLER AVE. M/S 501
EVERETT, WA 98204


SNOW, STEPHEN
1840 N 184TH ST
SEATTLE, WA 98133


SPORTELLI, DOMINIC AND LOUISE
9022 21ST AVE NW
SEATTLE, WA 98177


STRECKER-TERRY, LUCY
521 5TH AVE W #603
SEATTLE, WA 98119


STURMAN, LARRY AND ROCHELLE
3636 113TH AVE NE
BELLEVUE, WA 98004
```

```
SUMMERALL, JERRY
6524 ROBINSON ROAD
KUNA, ID 83634


TAKAHASHI, REID
3229 EMERALD ISLE DRIVE
GLENDALE, CA 91206


UNITED STATES ATTORNEY
ATTN: BANKRUPTCY ASSISTANT
US COURTHOUSE
700 STEWART ST, RM 5220
SEATTLE, WA 98101


VADNAIS, VICKY
15636 SE RENTON-ISSAQUAH RD
RENTON, WA 98059


VANDERMOLEN, CARL
56 PARK PLAZA RD
BOZEMAN, MT 59715


VOYE, DENNIS
1601 QUAIL DRIVE
ANACORTES, WA 98221


WA STATE DEPT. OF  L & I
BANKRUPTCY & SPECIALTY COLLECT
P.O. BOX 44171
OLYMPIA, WA 98504-4170


WA STATE DEPT. OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121


WA STATE EMPLOYMENT SECURITY
DEPARTMENT, UI TAX ADMIN
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WA. STATE - ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE. STE #2000
SEATTLE, WA 98104
```

WAITS, TIMOTHY AND LINDA
2001 7TH AVE
SACRAMENTO, CA 95818


WATKINS, JOHN AND LINDA
1209 LAKEVIEW
BELLINGHAM, WA 98229


WEHL, HANS
1254 108TH AVE NE
BELLEVUE, WA 98004


WEST, JOHN AND CONNIE
6228 24TH AVE NE
SEATTLE, WA 98115


WILSHIN, DAN AND MARILYN
2805 NW PINECONE DR
ISSAQUAH, WA 98027


YANG, DOROTHY
2949 81ST AVE SE
MERCER ISLAND, WA 98040


YIN, EUNICE
4131 205TH AVE SE
SAMMAMISH, WA 98075


YUEN, SHAN
4613 NE 18TH ST
RENTON, WA 98059